**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRANDSON CABRAL,<br><br>　　　　　Defendant. | Case No.: 2:20-cr-00124-JCM-BNW<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR BRANDSON CABRAL (ID# 1170529)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said BRANDSON CABRAL before the United States District Court at Las Vegas, Nevada, on or about _____ September 1, 2020 at 2:30 p.m. in 3C before Magistrate Judge Koppe    for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: __August 18, 2020_____, ____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE CAM FERENBACH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JENNIFER OXLEY
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
jennifer.oxley@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:20-cr-00124-JCM-BNW |
| Plaintiff, ) | |
| vs. ) | **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR BRANDSON CABRAL (ID# 1170529)** |
| BRANDSON CABRAL, ) | |
| Defendant. ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that BRANDSON CABRAL, is committed by due process of law in the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, that it is necessary that the said BRANDSON CABRAL be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said BRANDSON CABRAL may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on __ September 1, 2020 at 2:30 p.m. in 3C before Magistrate Judge Koppe , for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said BRANDSON CABRAL before the United States District Court on or about __ September 1, 2020 at 2:30 p.m. in 3C before Magistrate Judge Koppe ,

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, High Desert State Prison, Indian Springs, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said BRANDSON CABRAL before the United States District Court on or about _September 1, 2020 at 2:30 p.m. in 3C before Magistrate Judge Koppe_, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada.

Dated: August 13, 2020

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Jennifer Oxley*
JENNIFER OXLEY
Assistant United States Attorney

2