RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Brandson Cabral

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>BRANDSON CABRAL,<br><br>       Defendant. | Case No. 2:20-cr-00124-GMN-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandson Cabral, that the Revocation Hearing currently scheduled on March 12, 2026 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Cabral has a state court hearing scheduled for the same day as the revocation hearing in this case. The state case is the new law violation alleged here. The resolution of the state matter will impact the manner in which the instant petition is resolved.

2.      The defendant is not custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of March 2026.

RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Deputy Attorney General of the United States


    */s/ Raquel Lazo*                        */s/ Clay Plummer*
By_____    By_____
RAQUEL LAZO                             CLAY PLUMMER
Assistant Federal Public Defender       Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDSON CABRAL,<br><br>Defendant. | Case No. 2:20-cr-00124-GMN-BNW-1<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Thursday, March 12, 2026 at 10:00 a.m., be vacated and continued to __April 24, 2026__ at the hour of 11:30 a.m.

DATED this __4__ day of March 2026.

_____
UNITED STATES DISTRICT JUDGE

3