# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDSON CABRAL,

Defendant.

Case No. 2:20-cr-00124-GMN-BNW-1

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Friday, April 24, 2026 at 11:30 a.m., be vacated and continued to June 26, 2026 at the hour of 10:00 a.m.

DATED this 21 day of April 2026.

_____

UNITED STATES DISTRICT JUDGE