RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Faxp
Raquel_Lazo@fd.org

Attorney for Brandson Cabral

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDSON CABRAL,<br><br>Defendant. | Case No. 2:20-cr-00124-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandson Cabral, that the Revocation Hearing currently scheduled on June 26, 2026 at 10:00 a.m., be vacated and continued to July 28, 2026 at 11:00 a.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.      The parties have a proposed resolution. The additional requested time, however, will permit Mr. Cabral to satisfy a condition of the agreement before proceeding with the scheduled revocation hearing.

2.      The defendant is not in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 16th day of June 2026.


RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Acting Attorney General of the United States


    */s/ Raquel Lazo*                        */s/ Clay Plummer*
By_____         By_____
RAQUEL LAZO                             CLAY PLUMMER
Assistant Federal Public Defender       Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BRANDSON CABRAL,

    Defendant.

Case No. 2:20-cr-00124-GMN-NJK-1

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Friday, June 26, 2026 at 10:00 a.m., be vacated and continued to July 28, 2026 at the hour of 11:00 a.m.

DATED this _16_ day of June 2026.

                                      _____

                                  UNITED STATES DISTRICT JUDGE