RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Faxp
Raquel_Lazo@fd.org

Attorney for Brandson Cabral

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00124-GMN-NJK-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Fourth Request) |
| BRANDSON CABRAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Brandson Cabral, that the Revocation Hearing currently scheduled on July 28, 2026 at 11:00 a.m., be vacated and continued to July 29, 2026 at 2:00 p.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.    Defense counsel has a conflict with the current setting.

2.    The defendant is not in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 30th day of June 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Raquel Lazo*
By_____

*/s/ Clay Plummer*
By_____

RAQUEL LAZO
Assistant Federal Public Defender

CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00124-GMN-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDSON CABRAL, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, July 28, 2026 at 11:00 a.m., be vacated and continued to July 29, 2026 at the hour of 2:00 p.m.

DATED this _2_ day of ___July___ 2026.

_____

UNITED STATES DISTRICT JUDGE

3